IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT J. BALDING,<br><br>      Plaintiff,<br><br>v.<br><br>SUNBELT STEEL TEXAS, INC.;<br>SUNBELT STEEL TEXAS, LLC;<br>RELIANCE STEEL & ALUMINUM CO.;<br>DOES 1 through 50, inclusive,<br><br>      Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:14-CV-00090<br><br>Judge Clark Waddoups |

      This matter is before the court on Sunbelt Steel Texas, Inc. and Sunbelt Steel Texas, LLC's Motion for Summary Judgment on all counts (Dkt. No. 53), Reliance Steel & Aluminum Co.'s Motion for Summary Judgment on all counts (Dkt. No. 52); and Defendants' Motion to Exclude Plaintiff's Non-Retained Expert Testimony (Dkt. No. 65).   A hearing on all motions was held before the Honorable Clark Waddoups on April 21, 2016. Randy Andrus appeared on behalf of Plaintiff and James Barrett appeared on behalf of Defendants. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

      IT IS HEREBY ORDERED, for the reasons stated on the record, that Sunbelt Steel Texas, Inc. and Sunbelt Steel Texas, LLC's Motion for Summary Judgment on all counts (Dkt. No. 53) is **GRANTED**, Reliance Steel & Aluminum Co.'s Motion for Summary Judgment on all counts (Dkt. No. 52) is **GRANTED**; and Defendants' Motion to Exclude Plaintiff's Non-Retained Expert Testimony (Dkt. No. 65) is **DENIED AS MOOT**.

The Clerk of Court is directed to enter judgment in favor of Defendants on all counts.

SO ORDERED this 22nd day of April, 2016.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge